UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at KNOXVILLE

GREGORY D. GILLIS                    )
                                     )
                    Petitioner,      )
                                     )
v.                                   )          3:05-cv-435
                                     )          3:01-cr-164
                                     )          *Jordan*
                                     )
UNITED STATES OF AMERICA             )
                                     )
                    Respondent.      )


## JUDGMENT ORDER


In accordance with the accompanying Memorandum, the motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255 is **DENIED** and this action is **DISMISSED**. Should the petitioner give timely notice of an appeal from this decision, such notice will be treated as an application for a certificate of appealability, which under the circumstances is **DENIED**. The court **CERTIFIES** that any appeal from this action would not be taken in good faith and would be totally frivolous. Therefore, this court hereby **DENIES** the petitioner leave to proceed *in forma pauperis* on appeal.


        **E N T E R:**

                                         _____s/ Leon Jordan_____
                                         United States District Judge

ENTERED AS A JUDGMENT
    ___s/ *Patricia L. McNutt*_____
       CLERK OF COURT